**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| PATRICIA CHANDLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.  2:13-cv-668 |
| vs. ) | |
| ) | |
| PENN CREDIT CORPORATION, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| Defendant. ) | |

NOW COMES the Plaintiff, PATRICIA CHANDLER, by and through her attorneys, LUXENBURG & LEVIN, LLC, and hereby notifies the Court that a Settlement Agreement has been reached.  The parties will file the appropriate Dismissal with the Court, subsequent to completion of the settlement agreement between the parties.

        Respectfully Submitted,

        /s/ Mitchel E. Luxenburg
        Mitchel E. Luxenburg (0071239)
        David B. Levin (0059340)
        Attorneys for Plaintiff
        Luxenburg & Levin, LLC
        23875 Commerce Park, Suite 105
        Beachwood, OH 44122
        (888) 493-0770, ext. 301 (phone)
        (866) 551-7791 (facsimile)
        Mitch@LuxenburgLevin.com

2

## CERTIFICATE OF SERVICE

     I hereby certify that on October 1, 2013 a copy of the foregoing Notice of Settlement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

     /s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg (0071239)
David B. Levin (0059340)
Attorneys for Plaintiff
Luxenburg & Levin, LLC
23875 Commerce Park, Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 301 (phone)
(866) 551-7791 (facsimile)
Mitch@LuxenburgLevin.com