**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**PATRICIA CHANDLER,**

    **Plaintiff,**

  **v.**　　　　　　　　　　　　　　**Civil Action 2:13-cv-668
　　　　　　　　　　　　　　　　　　　Judge Watson
　　　　　　　　　　　　　　　　　　　Magistrate Judge King**

**PENN CREDIT CORPORATION,**

    **Defendant.**

## ORDER

This case has been reported settled. *Notice of Settlement*, Doc. No. 6.

The Court will conduct a status conference on **October 25, 2013, at 10:00 am,** should the case remain pending on that date.

　　　　　　　　　　　　　　　　　　　*s/Norah McCann King*
　　　　　　　　　　　　　　　　　　　Norah M<sup>c</sup>Cann King
　　　　　　　　　　　　　　　　　United States Magistrate Judge

October 1, 2013
(Date)