**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICIA CHANDLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  2:13-cv-668 |
| vs. | ) | |
| | ) | |
| PENN CREDIT CORPORATION, | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiff, PATRICIA CHANDLER, by and through her attorneys, and hereby advises the Court that she is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties

                                              Respectfully submitted,

                                              /s/ Mitchel E. Luxenburg
                                              Mitchel E. Luxenburg (0071239)
                                              David B. Levin (0059340)
                                              Attorneys for Plaintiff
                                              Luxenburg & Levin, LLC
                                              23875 Commerce Park, Suite 105
                                              Beachwood, OH 44122
                                              (888) 493-0770, ext. 301 (phone)
                                              (866) 551-7791 (facsimile)
                                              Mitch@LuxenburgLevin.com

## CERTIFICATE OF SERVICE

 I hereby certify that on October 22, 2013, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg (0071239)
David B. Levin (0059340)
Attorneys for Plaintiff
Luxenburg & Levin, LLC
23875 Commerce Park, Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 301 (phone)
(866) 551-7791 (facsimile)
Mitch@LuxenburgLevin.com